

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 30, 2024

**NOTICE OF REVISED CAPTION**

Re: Orange Electronic Co. Ltd. v. Autel Intelligent Technology Corp., Ltd., Appeal No. 2024-1876

The court's official caption has been revised to reflect cross-appeal with 24-1885.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: A. Kleydman, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**ORANGE ELECTRONIC CO. LTD.,**
*Plaintiff-Appellant*

v.

**AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,**
*Defendant-Cross-Appellant*

## Short Caption

Orange Electronic Co. Ltd. v. Autel Intelligent Technology Corp., Ltd.