# United States Court of Appeals for the Federal Circuit

---

**ORANGE ELECTRONIC CO. LTD.,**
*Plaintiff-Appellant*

**v.**

**AUTEL INTELLIGENT TECHNOLOGY CORP., LTD.,**
*Defendant-Cross-Appellant*

---

2024-1876, 2024-1885

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00240-JRG, Judge J. Rodney Gilstrap.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

January 23, 2026
Date

Jarrett B. Perlow
Clerk of Court